```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FELIX CASTRO,

        Plaintiff,

-against-

VO HOLDINGS, LLC,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2023

23-CV-7077 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Felix Castro filed his complaint on August 10, 2023 (Dkt. 1), and served defendant Vo Holdings, LLC on November 1, 2023, making defendant's answer due November 22, 2023. (Dkt. 9.) Defendant has not appeared through counsel and no answer has been filed. Nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **December 12, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       November 28, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**